UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VINCENT L. FIELDS,<br><br>        Petitioner,<br><br>  vs.<br><br>STEVEN SINCLAIR,<br><br>        Respondent. | NO. CV-08-5086-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 20, 2009, recommending Mr. Fields's habeas corpus petition be transferred to the Western District of Washington as Petitioner is challenging a detainer issued from the Western District of Washington. *See* 28 U.S.C. § 1404(a); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 499 n.15 (1973). Petitioner is presently incarcerated at the Washington State Reformatory in Monroe, Washington.

There being no objections, the court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. The court notes Petitioner has paid the $5.00 filing fee.

**IT IS SO ORDERED.** The District Court Executive is directed to

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON --1

enter this Order, and forward a copy to Petitioner. The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this 26th day of March 2009.

*S/ Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON --2