# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT FIELDS

**JUDGMENT IN A CIVIL CASE**

v.

U.S. PAROLE COMMISSION

CASE NUMBER: C09-402

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x x **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Petitioner's amended petition for writ of habeas corpus is DENIED, and this action is DISMISSED.

    May 24, 2010                                  BRUCE RIFKIN

                                                                       Clerk

                                                         _/s/ Mary Duett_____

                                                               By, Deputy Clerk